**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
<u>**CHAPTER 13 PLAN (Individual Adjustment of Debts**</u>**)**    www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ <u>    9th    </u> Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Hutchinson, John D.**    JOINT DEBTOR: n/a    CASE NO.**15-22144-RBR**
Last Four Digits of SS# **1158**    Last Four Digits of SS#: n/a    Case Filed.**7/6/2015**
☐ This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A.    $<u>2,350.14</u> for months <u>1</u> to <u>25</u>;
B.    $<u>3,278.00</u> for month <u>26</u>;
C.    $<u>3,328.59</u> for months <u>27</u> to <u>60</u>; in order to pay the following creditors:

<u>Administrative</u>:        Attorney's Fee: **$4,550.00**\*\*    TOTAL PAID: **$990.00**
                Balance Due: **$3,560.00**    Payable $<u>103.90</u>/month (months 1 to 25) and
                            $<u>962.50</u>/month (month 26)

**\*\*$3,500 Regular Legal Fee + $1,050.00 two (2) Modifications**

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

**Seterus, Inc, [POC #5]**        Arrearage upon date of petition: **$42,594.59**
14523 Sw Millikan Way St        Arrearage Payment **$508.23**/month (Months 1 to 25)
Beaverton, OR 97005            Arrearage Payment $**495.00**/month (Month 26)
**Acct #4402**                Arrearage Payment **$864.52**/month (Months 27 to 60)
_Property: 9590 NW 20 Pl, Sunrise, FL 33322_    Regular Payment **$1,399.50**month (Months 1 to 25)
                    Regular Payment $**495.00**/month (Month 26)
                    Regular Payment **$1,700.00**/month (Months 27 to 60)

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]
**IRS [POC #3]  Total Due $19,483.91; Pay $159.68/month (Months 1 to 25) and $990.00/month (month 26) and $426.52/month (Months 27 to 60)**

<u>Unsecured Creditors</u>: Pay $<u>32.68</u>/month (Months <u>1</u> to <u>25</u>) and $<u>37.50</u>/month (Month 26) and $<u>34.95</u>/month (Months 27 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The Auto Loan w/ Embassy Loans Inc., **Acct:1158**, has been paid off outside the Chapter 13 Plan

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

<u>/s</u>**/ Hutchinson, John D.**
Debtor                            Date: <u>September 26, 2017</u>